UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
AMPARO JIMENEZ; and UZIEL JIMENEZ,
JR., as Administrator of the Estate of Francisco
Jimenez,
                Plaintiffs,

v.

CITY OF NEW ROCHELLE; DWAYNE
JONES; CHRISTOPHER GUGLIELMO;
SEAN KANE; BRIAN FAGAN; MICHAEL
VACCARO, All in Their Individual Capacities
and in Their Official Capacities,
                Defendants.
--------------------------------------------------------------x



**ORDER OF DISMISSAL**

19 CV 2525 (VB)

    The Court has been advised that the parties have reached a settlement in this case. (Doc. #98). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than February 22, 2023. To be clear, any application to restore the action must be filed by February 22, 2023, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

    All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

    The Clerk is instructed to close the case.

Dated: January 23, 2023
       White Plains, NY

                                          SO ORDERED:

                                          _/s/ Vincent L. Briccetti_
                                          Vincent L. Briccetti
                                          United States District Judge